UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KING, | 1:07cv1078 LJO DLB |
| Plaintiff, | ORDER TO ADOPT FINDINGS AND RECOMMENDATION |
| v. | (Document 6) |
| FRESNO POLICE OFFICER MCNIGHT, et al., | |
| Defendants. | |

Plaintiff Jeremy King, a state prisoner appearing pro se and proceeding in forma pauperis, filed this civil rights action on July 26, 2007.  On August 3, 2007, this Court issued Findings and Recommendation that the state law causes of action for wrongful death, negligence and negligent infliction of emotional distress be dismissed without leave to amend.  The Court further recommended that the action go forward on the Section 1983 cause of action.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation dated August 3, 2007, is ADOPTED IN

1

1       FULL; and

2   2.   The state law causes of action for wrongful death, negligence and negligent infliction of emotional distress are DISMISSED WITHOUT LEAVE TO AMEND. The action will go forward on the Section 1983 cause of action, and the Court will instruct Plaintiff on service by separate order.

IT IS SO ORDERED.

**Dated:**   **September 12, 2007**       /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE