**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY KING, | ) | 1:07cv1078 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS |
| v. | ) | |
| FRESNO POLICE OFFICER MCNIGHT, et al., | ) | |
| Defendants. | ) | |

Plaintiff Jeremy King, a state prisoner appearing pro se and proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, on July 26, 2007. Plaintiff names Fresno Police Officers McKnight, Jensen, Cooper, Reyes, Cervantes and Campos, Fresno Police Chief Jerry Dyer, and the City of Fresno as Defendants.

The Court recently adopted Findings and Recommendation dated August 3, 2007, and dismissed the state law causes of action for wrongful death, negligence and negligent infliction of emotional distress without leave to amend. Pursuant to the discussion below, this action is going forward only on the Section 1983 causes of action.

**DISCUSSION**

A.  Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The

1

1   Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are
2   legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or
3   that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C.
4   § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2).  If the Court determines that the complaint fails to
5   state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint
6   can be cured by amendment.  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

7   B.     Analysis

8          This complaint arises out of the shooting death of Garland King ("Decedent"), Plaintiff's
9   father.  The Decedent was fatally wounded on September 4, 2003, after officers responded to
10  reports of an individual standing in the roadway waving a gun and shouting at motorists.

11         His complaint appears to state a cognizable claim for Section 1983 relief.  As explained
12  above, the state law causes of action have been dismissed without leave to amend and are
13  therefore no longer part of the complaint.

14         Accordingly, IT IS HEREBY ORDERED that:
15     1.     Service is appropriate for the following Defendants:
16            Fresno Police Officers McKnight, Jensen, Cooper, Reyes, Cervantes and Campos
17            Fresno Police Chief Jerry Dyer
18            City of Fresno
19     2.     The Clerk of the Court shall send Plaintiff eight USM-285 forms, eight
20            summonses, an instruction sheet and a copy of the complaint filed on July 26,
21            2007.
22     3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete
23            the attached Notice of Submission of Documents and submit the completed
24            Notice to the Court with the following documents:
25            a.     Completed summonses;
26            b.     One completed USM-285 form for each Defendant listed above; and
27            c.     Nine copies of the endorsed complaint filed on July 26, 2007.
28

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **September 12, 2007**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

3