# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KING, | CASE NO. CV F 07-1078 LJO DLB |
| Plaintiff, | **ORDER TO RESPOND TO PLAINTIFF'S MOTION TO REOPEN TIME TO APPEAL** |
| vs. | (Doc. 29.) |
| FRESNO POLICE OFFICERS: McKNIGHT, et al, | |
| Defendants. / | |

This Court's March 26, 2008 order dismissed this action as time barred. The clerk entered a March 26, 2008 order in favor of defendants and against plaintiff Jeremy King ("Mr. King").

Mr. King filed his August 25, 2008 motion to reopen time to appeal the judgment, pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure. Mr. King appears to claim that he did not receive defendants' papers to dismiss his first amended complaint, the order to dismiss it, or the judgment, despite the Court's records indicating that the documents were served on his current address and that Mr. King has not filed paper to indicate a change of address.

As such, this Court ORDERS defense counsel, no later than September 5, 2008, to file and serve papers to indicate whether defendants oppose reopening Mr. King's time to appeal, and if so grounds for such opposition, and proof that defense counsel served Mr. King their papers to dismiss his first amended complaint.

IT IS SO ORDERED.

**Dated:   August 27, 2008**                    /s/ Lawrence J. O'Neill

1

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28