IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KING,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRESNO POLICE OFFICERS:<br>McKNIGHT, et al,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 07-1078 LJO DLB<br><br>**ORDER ON PLAINTIFF'S<br>MOTION TO REOPEN TIME TO APPEAL**<br>(Doc. 29.) |

This Court's March 26, 2008 order dismissed this action as time barred after plaintiff Jeremy King ("Mr. King") failed to file papers to oppose defendants' motion to dismiss. The clerk entered a March 26, 2008 judgment in favor of defendants and against Mr. King.

Mr. King filed his August 25, 2008 motion to reopen time to appeal the judgment, pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure. Mr. King claims that he did not receive defendants' papers to dismiss his first amended complaint, the order to dismiss it, or the judgment, despite the Court's records indicating that the order to dismiss and judgment were served by mail on Mr. King's current address and that Mr. King has not filed papers to indicate a change of address. In their August 29, 2008 papers, defendants note that they "inadvertently failed to conventionally serve plaintiff" with their papers to dismiss his first amended complaint.

This Court dismissed the first amended complaint on grounds that its face revealed that Mr. King's claims are time barred. As such, potential opposition papers or further amendment could not

1  have cured such defect.  In short, Mr. King could have done nothing to revive his stale claims.

2        This Court's attention turns to the F.R.App.P. 4(a)(6) factors to reopen Mr. King's time to file
3  an appeal of the March 26, 2008 order to dismiss and judgment.  Mr. King appears to contend that he
4  did not receive the order to dismiss and judgment.  Since Mr. King is incarcerated, this Court has no
5  guaranty that he received them.  Mr. King filed his motion to reopen time within 180 days of the order
6  to dismiss and judgment.  Defendants do not oppose reopening the time to appeal to demonstrate an
7  absence of prejudice to do so.

8        On the basis of good cause, this Court REOPENS the time for Mr. King to file an appeal of the
9  order to dismiss and judgment for a period of 14 days after the date when this order is entered.  The clerk
10 is directed to serve conventionally this order on Mr. King.

11       IT IS SO ORDERED.

12 **Dated:   September 2, 2008**               **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE